## Franklin Moore v. David B. Ellis.

*Waiver of jurisdictional defect.* Want of jurisdiction in a Court over the subject matter of a suit, can never be waived by the parties.

*Appeal: Waiver: Jurisdiction.* Where a party against whom a decree was made in chancery, undertook to appeal therefrom, but failed to perfect his appeal within the time limited by law, it was held that no laches of the opposite party in moving to dismiss could preclude his right to have the case dismissed on that ground. — *2 Comp. Laws*, § *3,597*.

*Heard and decided January 7th.*

Appeal in Chancery, from Washtenaw Circuit.

This was a motion to dismiss the appeal in said cause, for want of prosecution.

The appeal was taken June 13, 1865. The usual bond was filed on the 10th day of August following, and a transcript of the record was filed in this court on the 6th day of October, 1868.

*L. T. Griffin*, for the motion.

*A. Felch*, contra.

The Court held that, as the bond was not filed within the forty days required by the statute.—*Comp. Laws*, § *3,597* it becomes a jurisdictional fact, and confers no jurisdiction upon this Court, and that no laches upon the part of defendant in bringing on the motion can confer such jurisdiction.